Opinion filed March 6, 2014



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00051-CV

_____

## IN THE INTEREST OF A.E.R. AND A.A.R., CHILDREN

**On Appeal from the 326th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 45,567-C**

## M E M O R A N D U M   O P I N I O N

Appellant, Janelle Skinner, filed a notice of appeal in this cause from the trial court's order of dismissal. Upon docketing this case, we issued a letter dated February 13, 2014, in which we noted that the order of dismissal did not appear to be a final, appealable order as no ruling was made with respect to the Petition in Intervention of the Office of the Attorney General. In the letter, we requested that Appellant respond on or before February 24, 2014, and we informed Appellant that this appeal would be subject to dismissal if she failed to respond and show grounds

to continue the appeal.  Tex. R. App. P. 42.3.  Appellant has not filed a response. Consequently, we dismiss the appeal pursuant to Rule 42.3(c).

This appeal is dismissed.

PER CURIAM

March 6, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.